**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TRAVELERS CASUALTY AND SURETY                                    PLAINTIFF
COMPANY OF AMERICA, INC.

v.                              NO. 4:11CV00280 JLH

BANK OF THE OZARKS, *et al.*                                     DEFENDANTS

## ORDER

The Court's attention has been directed to the fact that separate defendant BRENT D. GEELS herein is presently proceeding *pro se*.

The purpose of this Order is to direct defendant's attention to the fact that he is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to comply <u>may</u> result in default judgment being entered against him.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the United States District Court Clerk for the Eastern District of Arkansas. Defendant is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on separate defendant BRENT D. GEELS by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 25th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE