**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TRAVELERS CASUALTY AND SURETY                                                    PLAINTIFF
COMPANY OF AMERICA, INC.

v.                                            NO. 4:11CV00280 JLH

BANK OF THE OZARKS, as Trustee of the
BETTY JEAN RENAUD REVOCABLE TRUST,
dated December 19, 1991, and as Trustee of the
TERENCE E. RENAUD REVOCABLE TRUST,
dated February 1, 1991; CAROLYN R. GEELS and
BRENT D. GEELS, Husband and Wife;
TERENCE E. RENAUD, Individually; and
RENAUD FAMILY LIMITED PARTNERSHIP                                              DEFENDANTS

**ORDER**

David D. Wilson and Travis J. Fowler of Friday, Eldredge & Clark, LLP, counsel of record for defendants Bank of the Ozarks, as Trustee of the Betty Jean Renaud Revocable Trust and as Trustee of the Terence E. Renaud Revocable Trust, Renaud Family Limited Partnership, Carolyn R. Geels, and Terence E. Renaud, have filed a motion to substitute counsel. The motion states that the defendants have retained new counsel, Gregory M. Hopkins, Hopkins Law Firm, 1000 W. Second Street, Little Rock, Arkansas. The motion is GRANTED. Document #21. The Clerk is directed to substitute Mr. Hopkins as counsel of record for these defendants. David D. Wilson and Travis J. Fowler are withdrawn as attorneys of record in this action.

IT IS SO ORDERED this 27th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE