**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TRAVELERS CASUALTY AND SURETY                                                          PLAINTIFF
COMPANY OF AMERICA, INC.

v.                                          NO. 4:11CV00280 JLH

BANK OF THE OZARKS, as Trustee of the
BETTY JEAN RENAUD REVOCABLE TRUST,
dated December 19, 1991, and as Trustee of the
TERENCE E. RENAUD REVOCABLE TRUST,
dated February 1, 1991; CAROLYN R. GEELS and
BRENT D. GEELS, Husband and Wife;
TERENCE E. RENAUD, Individually; and
RENAUD FAMILY LIMITED PARTNERSHIP                                                  DEFENDANTS

**ORDER**

By agreement of the parties, plaintiff's motion to extend the discovery deadline is GRANTED. Document #51. The discovery deadline is extended up to and including December 30, 2011.

IT IS SO ORDERED this 12th day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE