IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRAVELERS CASUALTY AND SURETY                                                                PLAINTIFF
COMPANY OF AMERICA, INC.

v.                                            NO. 4:11CV00280 JLH

BANK OF THE OZARKS, as Trustee of the
BETTY JEAN RENAUD REVOCABLE TRUST,
dated December 19, 1991, and as Trustee of the
TERENCE E. RENAUD REVOCABLE TRUST,
dated February 1, 1991; CAROLYN R. GEELS and
BRENT D. GEELS, Husband and Wife;
TERENCE E. RENAUD, Individually; and
RENAUD FAMILY LIMITED PARTNERSHIP                                                          DEFENDANTS

**ORDER**

Travelers Casualty and Surety Company of America, Inc., filed a motion to compel, in response to which the defendants argue that the motion to compel is moot because the defendants had provided Travelers with all of the requested discovery. Counsel for Travelers has informed the Court that Travelers has abandoned its motion to compel. Therefore, the motion is denied as moot. Document #46.

IT IS SO ORDERED this 19th day of January, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE