**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TRAVELERS CASUALTY AND SURETY                                                    PLAINTIFF
COMPANY OF AMERICA, INC.

v.                                          NO. 4:11CV00280 JLH

BANK OF THE OZARKS, as Trustee of the
BETTY JEAN RENAUD REVOCABLE TRUST,
dated December 19, 1991, and as Trustee of the
TERENCE E. RENAUD REVOCABLE TRUST,
dated February 1, 1991; CAROLYN R. GEELS and
BRENT D. GEELS, Husband and Wife; and
RENAUD FAMILY LIMITED PARTNERSHIP                                                DEFENDANTS

## JUDGMENT

Pursuant to the findings of fact and conclusions of law announced from the bench at the close of trial, judgment is entered in favor of the defendants on the claims of the plaintiff. The complaint of the plaintiff is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE