IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRAVELERS CASUALTY AND SURETY                                                PLAINTIFF
COMPANY OF AMERICA, INC.

v.                           NO. 4:11CV00280 JLH

BANK OF THE OZARKS, as Trustee of the
BETTY JEAN RENAUD REVOCABLE TRUST,
dated December 19, 1991, and as Trustee of the
TERENCE E. RENAUD REVOCABLE TRUST,
dated February 1, 1991; CAROLYN R. GEELS and
BRENT D. GEELS, Husband and Wife;
TERENCE E. RENAUD, Individually; and
RENAUD FAMILY LIMITED PARTNERSHIP                                           DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Terence E. Renaud against Travelers Casualty and Surety Company of America, Inc., in the amount of $5,000.00. The motion by Bank of the Ozarks, as Trustee of the Betty Jean Renaud Revocable Trust and the Terence E. Renaud Revocable Trust, for attorneys' fees is denied.

IT IS SO ORDERED this 2nd day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE